# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

To: Brett Alexander Zwerdling

In Re: Kevin Smith Thurston

Case No: 22-33236-KRH

Chapter: 13

## NOTICE TO CURE FILING FEE DEFICIENCY; AND HEARING THEREON

Pursuant to 28 U.S.C. 1930 and Local Bankruptcy Rule 1006-1(C), the papers filed by you are deficient due to the lack of payment of the statutory filing fee as noted below. **You must provide payment, or the appropriate Application as set forth under Voluntary/Involuntary Petitions by 4:00 p.m. on 11/15/2022.**

Fees must be paid in the exact amount and may be paid by credit card, *cash, check or money order payable to "Clerk, U.S. Bankruptcy Court." If the debtor is paying, then payment must be in the form of *cash, money order or certified check. ***(Cash is not accepted at the Newport News division. All divisions require exact change.)**

**VOLUNTARY/INVOLUNTARY PETITIONS:**

__X__ Filing Fee Due: $ 313.00, or Application to Pay Filing Fee in Installments [See Local Bankruptcy Rule 1006-1(A)], or an Application for Waiver of the Chapter 7 Filing Fee for Individuals [See Local Bankruptcy Rule 1006-1(B)]

**NOTICES OF CONVERSION FROM CHAPTERS 13 OR 12 TO CHAPTER 7:**

__ $25.00 [13 to 7]     __ $60.00 [12 to 7]

If you fail to timely cure the deficiency, you must file a response no later than 1/4/2023 and appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Date*: 1/11/2023
*Time*: 11:30 am
*Location*: U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5000, Richmond, VA 23219

**If the debtor(s) fails to file a timely response and appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely cure the deficiency.**

CLERK, UNITED STATES BANKRUPTCY COURT

Date: November 14, 2022

By: /s/ Linda Smith
　　　Deputy Clerk

Telephone Number: 804-916-2412

Electronic Notice __X__
Notice by Mail ____ [Notice period shall commence 3 days after the notice is mailed. LBR 1006-1(C)]

[cure4pm-petition ver. 12/19]