IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:                                    ) Chapter 13
                                          )
Kevin Smith Thurston                      ) 22-33236-KRH
                                          )
        Debtor                            )

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**W. R. Baldwin, III, Esq.** enters appearance as counsel under Fed. R. Bankr. P. 9010(b) and other rule or order as may be pertinent on behalf of *GT remodeling llc*, party in interest, and requests under Fed. R. Bankr. P. 2002 and Local Rule 9010-1 that all notices and other papers served or required or permitted to be served in this case be given to and served upon the undersigned counsel as follows:

> W. R. Baldwin, III, Esq.
> Meyer Baldwin Long & Moore LLP
> 5600 Grove Avenue
> Richmond, VA  23226
> Voice:  (804) 285-3888
> Facsimile:  (804) 285-7779
>
> email:  billbaldwin@meyerbaldwin.com (non-ECF)
>         billbaldwin@comcast.net (ECF)

Dated: November 27, 2022                 /s/ W. R. Baldwin, III
                                              Counsel

W. R. Baldwin, III (VSB #16988)
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3338
Fax:    (804) 285-7779
billbaldwin@meyerbaldwin.com (non-ECF)
billbaldwin@comcast.net (ECF)
Counsel for *GT remodeling llc*

**CERTIFICATE OF SERVICE**

I certify on November 27, 2022, a true copy of the foregoing pleading was filed via the Court's ECF System and thereby served via CM/ECF on Brett Alexander Zwerdling, Esq., Counsel for Debtor, Zwerdling, Oppleman & Adams, 5020 Monument Avenue, Richmond, VA 23230 and other counsel and parties in interest at their email addresses registered with this Court and that, if applicable, a true copy was mailed November 28, 2022 via first class mail, postage prepaid, to the persons indicated below.

                                                /s/ W. R. Baldwin, III

Persons Receiving Mailed Notice:

Kevin Smith Thurston, Debtor
6478 Lark Way
Mechanicsville, VA 23111

Suzanne E. Wade, Ch 13 Trustee
7202 Glen Forest Drive, Ste. 202
Richmond, VA 23226