UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Kevin Smith Thurston, Debtor ) Case No. 22-33236-KRH
) Chapter 13

## OBJECTION TO CONFIRMATION

COMES NOW Elizabeth C. Brogan, Counsel for Suzanne E. Wade, Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan (the "Plan") dated November 13, 2022, for the cause as follows:

1. The Debtor filed this Chapter 13 Petition, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, on November 13, 2022, under 11 U.S.C. Chapter 13.

2. This Objection is filed pursuant to 11 U.S.C. § 1325(a)(9).

3. The above-filed Chapter 13 case is not eligible for confirmation due to the Debtor's failure to provide proof of filing all required tax returns pursuant to 11 U.S.C. §1308 and §1325(a)(9).

4. The Trustee requests the Debtor provide copies of his state and federal individual income tax returns for the 2021 tax year.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, respectfully moves the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan, and for such further and other relief as the Court deems necessary.

Date: December 14, 2022                /s/ Elizabeth C. Brogan
                                       Elizabeth C. Brogan, Counsel for
                                       Suzanne E. Wade, Chapter 13 Trustee

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

## CERTIFICATE OF SERVICE

    I hereby certify a true copy of the foregoing OBJECTION TO CONFIRMATION was served electronically or by first-class mail, postage prepaid, this 14th day of December, 2022, upon the following parties:

Kevin Smith Thurston
6478 Lark Way
Mechanicsville, VA 23111

Brett Alexander Zwerdling, Counsel for Debtor
Zwerdling, Oppleman & Adams
5020 Monument Avenue
Richmond, VA 23230
iezell@zandolaw.com

William R. Baldwin, III, Counsel for GT Remodeling LLC
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA 23226-2102
billbaldwin@comcast.net

                                                                              /s/ Elizabeth C. Brogan
                                                                                Elizabeth C. Brogan, Counsel for
                                                                                Suzanne E. Wade, Chapter 13 Trustee

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Kevin Smith Thurston, Debtor )  Case No. 22-33236-KRH
                                                                                        )  Chapter 13
      6478 Lark Way )
      Mechanicsville, VA 23111 )
                                         )
      XXX-XX-1706 )

## NOTICE OF OBJECTION TO CONFIRMATION

      Elizabeth C. Brogan, Counsel for Suzanne E. Wade, Chapter 13 Trustee, has filed papers with the Court objecting to the confirmation of your Chapter 13 Plan dated November 13, 2022.

      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

      If you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

  _X_ File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough that the Court will **receive** it on or before the date stated above.

            Clerk of Court
            United States Bankruptcy Court
            701 East Broad Street, Suite 4000
            Richmond, Virginia 23219

You must also mail a copy to:

            Elizabeth C. Brogan
            Counsel for Suzanne E. Wade, Chapter 13 Trustee
            7202 Glen Forest Drive, Suite 202
            Richmond, Virginia 23226

  _X_ Attend the hearing on the Objection, scheduled to be held on **January 11, 2023** at **11:10 a.m.** at **United States Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, Virginia, 23219** and also **REMOTELY** by videoconference using Zoom for Government.

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

**REMOTE HEARING INFORMATION:**

Parties wishing to participate in hearings remotely via Zoom for Government must transmit, via email, a completed request form, (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.uscourts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." The completed Zoom Request Form should be emailed to the email address listed for the Judge assigned to the case. Following receipt of the Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

NOTICE: This email address shall be used only to submit Zoom Requests. No other matters or requests will be considered by Chambers staff and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

Absent compelling circumstances, the request form should be submitted no later than two (2) business days prior to the hearing or proceeding. The appropriate bankruptcy judge's chambers will then provide the requesting party with a registration link. All participants must separately register for the video conference no later than one (1) business day prior to the hearing or proceeding. Persons that register will receive separate email notification on whether their registration has been approved or denied. In the event that registration is approved, the confirmation email will include the participant's unique link to the video conference.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Objection, and may enter an order granting that relief.

Date: December 14, 2022              /s/ Elizabeth C. Brogan
                                     Elizabeth C. Brogan, Counsel for
                                     Suzanne E. Wade, Chapter 13 Trustee


**CERTIFICATE OF SERVICE**

I hereby certify a true copy of the foregoing NOTICE OF OBJECTION TO CONFIRMATION was served electronically or by first-class mail, postage prepaid, this 14th day of December, 2022, upon the following parties:

Kevin Smith Thurston
6478 Lark Way
Mechanicsville, VA 23111

Brett Alexander Zwerdling, Counsel for Debtor
Zwerdling, Oppleman & Adams
5020 Monument Avenue

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979

Richmond, VA 23230
iezell@zandolaw.com

William R. Baldwin, III, Counsel for GT Remodeling LLC
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA 23226-2102
billbaldwin@comcast.net

                                              /s/ Elizabeth C. Brogan
                                              Elizabeth C. Brogan, Counsel for
                                              Suzanne E. Wade, Chapter 13 Trustee

**Elizabeth C. Brogan**
Counsel for Suzanne E. Wade, Chapter 13 Trustee
Virginia State Bar Number 76539
7202 Glen Forest Drive, Suite 202
Richmond, Virginia 23226
(804) 775-0979