IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re: )
)
   KEVIN SMITH THURSTON ) Case No. 22-33236-KRH
)
Debtor ) Chapter 13
-------------------------------------------------- ) -------------------------------------------

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of GT remodeling llc; it is ORDERED:

1. The automatic stay imposed by 11 U.S.C. §362 is modified to permit the Movant and its successors and assigns to take such action under state law as may be necessary to obtain possession of the following real estate titled in the name of the Movant:

ALL that certain lot, piece or parcel of land together with improvements thereon and appurtenances thereto belonging in Hanover County, Virginia, known, numbered and designated as Lot 22, Bock A, Section C, Brandy Creek Estates, as shown on plat thereon made by Robert G. Remner, Jr, Civil Engineer, dated July 29, 1970, a copy of which is recorded in Deed book 307, page 203, in the Clerk's Office, Circuit Court, Hanover County, Virginia.

Such real estate is commonly known as 6478 Lark Way, Mechanicsville, VA 23111.

2. The Movant agreed not to evict the Debtor from the 6478 Lark Way residence before January 5, 2023, regardless of the status of any state law action seeking the remedy of eviction.

3. The Bankruptcy Court retains jurisdiction to determine the fair market rental for the 6478 Lark Way property and other sums as may be due or which may become due to the Movant under state law in the pending Chapter 13 case. The Court encourages the parties to seek a consensual rental rate.

4. Except as expressly provided herein the automatic stay remains in effect. Under Fed. R. Bankr. P. 4001(a)(3) this Order is not stayed and shall be effective upon entry.

Date: Jan 13 2023   /s/ Kevin R Huennekens
U.S. Bankruptcy Judge

Entered on Docket: Jan 17 2023

I ask for this:

 /s/ W. R. Baldwin, III
W. R. Baldwin, III (VSB #16988)
Meyer Baldwin Long & Moore LLP
5600 Grove Avenue
Richmond, VA  23226
VSB #16988
Voice:  (804) 285-3888
Fax:  (804) 285-7779
Email:  billbaldwin@comcast.net (ECF)


Seen and objected to:

/s/ Brett Alexander Zwerdling, VSB #39569 (by W. R. Baldwin, III based on emailed permission from Brett Alexander Zwerdling)
Zwerdling, Oppleman, Adams & Gayle
5020 Monument Avenue
Richmond, VA 23230
Ph 804-564-4593 Fx 804-355-1597
bzwerdling@zandolaw.com

Local Rule 9022-1 Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C)

/s/ W. R. Baldwin, III
Proponent


Copies via ECF to:

Counsel for Movant
Counsel for Debtor
Suzanne E. Wade, Chapter 13 Trustee c/o


Mailed copy to: Kevin Smith Thurston, Debtor, 6478 Lark Way, Mechanicsville, VA 23111